**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ISLAND STONE INTERNATIONAL LIMITED and ISLAND STONE NORTH AMERICA, INC.,

Plaintiffs,

v. Case No: 6:16-cv-656-Orl-40KRS

ISLAND STONE INDIA PRIVATE LIMITED and AJAY GUPTA,

Defendants.
_________________________________/

**ORDER**

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff Complaints (Doc. 44) filed on December 2, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 4, 2017 (Doc. 70), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Plaintiff Complaints (Doc. 44) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties