# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISLAND STONE INTERNATIONAL
LIMITED and ISLAND STONE NORTH
AMERICA, INC.,

          Plaintiffs,

v.                                             Case No: 6:16-cv-656-Orl-40KRS

ISLAND STONE INDIA PRIVATE
LIMITED and AJAY GUPTA,

          Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Third Motion for Contempt, and for Sanctions Against Defendant Ajay Gupta (Doc. 92) filed on July 10, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 4, 2017 (Doc. 96), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Third Motion for Contempt, and for Sanctions Against Defendant Ajay Gupta (Doc. 92) is **GRANTED IN PART**.

3. Defendant's answer (Doc. 14) is **STRICKEN**.

4. The Clerk is **DIRECTED** to enter a default against Defendant Gupta.

5. Plaintiffs may file a motion for reasonable expenses, including attorneys' fees pursuant to Rule 37, as part of their motion for entry of a default judgment.

**DONE AND ORDERED** in Orlando, Florida on August 22, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties