**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ISLAND STONE INTERNATIONAL
LIMITED and ISLAND STONE NORTH
AMERICA, INC.,

        Plaintiffs,

v.                                       Case No: 6:16-cv-656-Orl-40KRS

ISLAND STONE INDIA PRIVATE
LIMITED and AJAY GUPTA,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Motion for Entry of Final Default Judgment and Permanent Injunction Against Defendants (Doc. 104) filed on September 13, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 3, 2017 (Doc. 108), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Final Default Judgment and Permanent Injunction Against Defendants (Doc. 104) is **GRANTED IN PART**.

3. Count VII of the complaint is **DISMISSED**.

4. Defendants, jointly and severally, are **ORDERED** to pay $19,500.00 in statutory damages to Island Stone North America.

5. The Court **FINDS** injunctive relief is appropriate and **GRANTS** permanent injunctive relief against Defendants.

6. Defendants, jointly and severally, are **ORDERED** to pay $104,784.70 in attorneys' fees to Plaintiffs.

7. A Final Default Judgment and Permanent Injunction order will be docketed separately after which the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties